upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted February 22, 2005; decided March 24, 2005

Motion by Beth Israel Medical Center et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted February 22, 2005; decided March 24, 2005

Motion by New York City Health and Hospitals Corporation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted March 7, 2005; decided March 24, 2005

Motion by Combined Coordinating Council, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Jo'Ell Sheppard-Mobley et al., Respondents, v Leslie King et al., Appellants.

Submitted March 7, 2005; decided March 24, 2005

Motion by Medical Society of the State of New York et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

JO'ELL SHEPPARD-MOBLEY et al., Respondents, v LESLIE KING et al., Appellants.

Submitted March 14, 2005; decided March 24, 2005

Motion by New York State Trial Lawyers Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

JO'ELL SHEPPARD-MOBLEY et al., Respondents, v LESLIE KING et al., Appellants.

Submitted March 7, 2005; decided March 24, 2005

Motion by New York and Presbyterian Hospital et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of LARRY WILLIAMS, Appellant, v BRION D. TRAVIS, as Chair of the New York State Board of Parole, Respondent.

Submitted January 3, 2005; decided March 24, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.